December 4, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF THE MARRIAGE OF JOHN DAVID SORENSEN AND
CAROLINE DIANE LAVERY SORENSEN

NO. 14-14-00856-CV

_____

Today the Court heard the motion filed by appellant John David Sorensen to dismiss the appeal from the judgment signed by the court below on September 15, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED** with prejudice.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.